**490**

preserved and reject it on the merits. Retamoza–Sanchez admitted that he entered the United States illegally in July 1995, some two months prior to the INS notice approving his wife's petition. Moreover, the notice clearly stated, "THIS FORM IS NOT A VISA, NOR MAY IT BE USED IN PLACE OF A VISA." Thus, the excluded evidence did not support a defense to the charge that Retamoza–Sanchez violated § 1326(a). *See United States v. Gonzalez–Chavez,* 122 F.3d 15 (8th Cir.1997).

Accordingly, we affirm the judgment of the district court.

PER CURIAM.

Philip L. Nelson appeals from the district court's[1] order denying his motion, pursuant to Federal Rule of Criminal Procedure 41(e), for return of seized property. After careful review of the record and the parties' submissions, we affirm. *See* 8th Cir. R. 47B.

**UNITED STATES of America,**
**Appellee,**

v.

**Philip L. NELSON, Appellant.**

**No. 98–2542.**

United States Court of Appeals,
Eighth Circuit.

Submitted July 7, 1999.

Decided Aug. 10, 1999.

Before WOLLMAN, Chief Judge, RICHARD S. ARNOLD, and BEAM, Circuit Judges.

**Lyn S. AMINE, Ph.D., Plaintiff—**
**Appellant,**

v.

**ST. LOUIS UNIVERSITY,**
**Defendant—Appellee.**

**No. 98–3090.**

United States Court of Appeals,
Eighth Circuit.

Submitted April 22, 1999.

Decided Aug. 10, 1999.

1. The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.